

**VA** | U.S. Department of Veterans Affairs
Office of General Counsel

Sara Aull, Staff Attorney
Torts Law Group
Sara.aull@va.gov

Phone: 202-549-7049
In Reply Refer To: GCL 488010

To: Matt Scanlon, Esq.

From: Sara Aull, Staff Attorney

Re: Administrative Tort Claim of Maxine Gillis, Estate of

## Questions Under Oath for Ms. Toni McClendon

1. What is your full name? Toni J McClendon

2. Who is Mr. Clarence Porter in relation to you? My Brother

3. Are you familiar with an individual named Maxine Gillis? Yes

4. How are you familiar with Miss Gillis? Friend Sis Inlaw

5. How long did you know Miss Gillis? 30-40 Yrs

6. Prior to March 18 and 19, 2021 had you ever cared for Miss Gillis? Did you care for Miss Gillis alone or with anyone else? No

7. Were you aware of Miss Gillis's health conditions? Which conditions were you aware of? Yes
   Dementia

8. Were you aware that Miss Gillis had dementia? YES

9. On March 18 or 19, 2021 did you receive a phone call from your brother, Clarence Porter? YES

10. On March 2021 did you receive a call from someone at VA Pittsburgh Healthcare System? YES

11. On March 2021 did you receive a phone call regarding Miss Gillis from any other person and if so who? YES VA hospital ER MEMBER "SOCIAL WORKER

12. If you received a phone call about Miss Gillis what was the conversation about? If I could watch and keep Miss Gillis in MY APT OVER Nite OR Longer

13. Did you tell any individual that Miss Gillis could be sent via taxi from VA Pittsburgh to your home? NO ONLY ON Their Request VA Personnel offered The Taxi

2

14. Did you agree to take care of Miss Gillis while her husband, Mr. Porter, remained in the hospital? YES

15. How long did you agree to take care of Miss Gillis? UNtiL other ARRANgMENts

16. Where did you tell the taxi driver to drop off Miss Gillis? At MY homE AddRess 2103 PARK Hill DR Apt D REAR DOOR

17. Where did you tell the VA Pittsburgh Social Worker, nurse and/or other VA employee to drop off Miss Gillis? 2103 PARK HILL DR Apt Rear D

3

18. Did you stand outside while waiting for Miss Gillis? Why or why not? No I waited AT My Door Looking out For Taxi

19. When did you anticipate Miss Gillis to arrive? Where specifically did you anticipate Miss Gillis to arrive? Miss Grllis To Arrive within 30 To - 40 Minutes Apt D Rear door 2103 Park Hill Dr

20. Where did you agree to meet Miss Gillis? To whom did you communicate this information to? 2103 Park Hill Dr. Apt D VA Social worker whom I spoke with over The phone

21. Where were you looking for Miss Gillis? Did you go outside looking for Miss Gillis? I WAS Expectin Miss Gillis To Arrive AT MY Back door I did not go outside I Remained At My Rear door Looking outside going a short distance !

22. Did you look outside for Miss Gillis, if so when and where? Did you call the taxi company or anyone else about Miss Gillis? Just opened My Door To See if Taxi was in Parking in the Rear

23. Did you contact police? When did you contact police? I did Not Contact Police My Brother Mr. Clarence Porter - Contact Me To ASK of Miss Gillis Arrival

24. Did you contact Mr. Porter? When did you contact Mr. Porter? Please be specific
No I did Not contact Mr Porter he called

4

I swear under the penalty of perjury that my responses to the Questions Under Oath are true and correct to the best of my knowledge.

X _____ Toni J. McClendon _____

Toni McClendon

Date: 11-25-21

Sworn and Subscribed to me on this date, _____ of September 2021

_____

Witness

Witness name printed: _____

Date:

Notary Signature and Date: